JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> 80 ACRES OF LAND, MORE OR ) <br> LESS, SITUATE IN SAN BERNARDINO ) <br> COUNTY, STATE OF CALIFORNIA; and ) <br> MICHAEL T. HENN and NANCY ) <br> E. HENN, TRUSTEES of the ) <br> MICHAEL AND NANCY HENN ) <br> TRUST, et al., ) <br> ) <br> DEFENDANTS. ) | Case No. 5:19-CV-00639-R (SPx) <br><br> **STIPULATED FINAL JUDGMENT** |

Plaintiff United States of America and Defendants Michael T. Henn and Nancy E. Henn, in their individual capacities and as Trustees of the Michael and Nancy Henn Trust, utd October 13, 2016 ("Defendants") hereby agree and stipulate, and the Court hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1. On or about April 10, 2019, the United States filed a Complaint in Condemnation (Dkt. 1) and a Declaration of Taking (Dkt. 3) in this eminent domain proceeding.

2. The Declaration of Taking provides for the United States acquiring a fee simple interest in certain land in San Bernardino County, California, as described in the Declaration of Taking (hereafter, the "Subject Property").

3. On or about July 8, 2019, the United States transferred $30,000.00 to the Court as an estimate of just compensation for the taking of the Subject Property. The Court issued a receipt for the payment on or about July 18, 2019. (Dkt. 15-1) (receipt). At the time of the deposit, title to the Subject Property, to the extent set forth in the Declaration of Taking, vested in the United States by operation of law. 40 U.S.C. § 3114(b).

4. The Michael and Nancy Henn Trust, utd October 13, 2016, was the record owner of the Subject Property immediately prior to the deposit with the Court of the United States' estimate of just compensation.

5. Defendants have not requested the Court to withdraw any portion of the deposit during the pendency of this action. Accordingly, the full deposited amount of $30,000.00, plus any applicable earned interest, remains in the Court's registry.

6. Defendant San Bernardino County Auditor-Controller/Treasurer/Tax Collector has disclaimed any interest in the proceeds of this case and has requested that no further pleadings be served upon it. Dkt. 9.

7. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the Subject Property as described in the Declaration of Taking, together with all improvements thereon and appurtenances thereunto belonging, shall be the sum of $51,500.00 inclusive of interest, attorneys' fees, and costs. Defendants are not represented by counsel in this matter.

8. **JUDGMENT** shall be, and is hereby, entered against the United States in the amount of $51,500.00.

9. The deficiency between the agreed settlement amount ($51,500.00) and the previously deposited amount ($30,000.00) is $21,500.00.

10. The United States shall pay into the Registry of the Court, and the Clerk is hereby directed to accept, the deficiency amount of $21,500.00.

11. The said sum of $51,500.00 shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States

by reason of the institution and prosecution of this action and taking of the Subject Property and estates described in the Declaration of Taking filed herein, together with all improvements thereon and appurtenances thereunto belonging.

12. The said sum of $51,500.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Subject Property at the time of vesting of title thereto in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from said sum.

13. Defendants warrant that they have the exclusive right to compensation herein and that no other person or entity is entitled to the same or any part thereof. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property taken in this case, Defendants shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the deposit by Defendants to the date of repayment into the Registry of the Court.

14. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

15. Upon the United States depositing the deficiency amount of $21,500.00 into the Registry of the Court, the Clerk of the Court shall, without further order of this Court, disburse the total deposited amount of $51,500.00, together with any interest earned thereon while on deposit, by issuing a check payable to Michael T. Henn and mailing the check to:

>  Michael T. Henn
>  226 Wildwood Avenue
>  Piedmont, CA  94610

16. Following disbursement of funds to Defendants as described in paragraph 15 above, this case shall be CLOSED.

17. The United States shall have the right immediately to possess the Subject Property.

18. This Stipulated Final Judgment may be signed in counterparts.

**IT IS SO ORDERED:**

Dated this ___2nd___ day of ___August___, 2019

_____
UNITED STATES DISTRICT JUDGE

**CC:  FISCAL**

**THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE PRECEDING FINAL JUDGMENT:**

ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA:

/s/ *Eugene N. Hansen*        Dated: July 25, 2019
EUGENE N. HANSEN
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0301
Facsimile: (202) 514-8865
E-Mail: eugene.hansen@usdoj.gov


ON BEHALF OF DEFENDANTS:


*Michael T. Henn*        Dated: July 25, 2019
Michael T. Henn
On Behalf of Himself and as Trustee for Michael and Nancy Henn Trust
proceeding *pro se*



*Nancy E. Henn*        Dated: July 25, 2019
Nancy E. Henn
On Behalf of Herself and as Trustee for Michael and Nancy Henn Trust
proceeding *pro se*